**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
(212) 237-1000
Charles E. Simpson (CES-2130)

Former Attorneys for Source Enterprises, Inc.,
   Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

SOURCE ENTERPRISES, INC., *et al.*,

                       Debtors.

------------------------------------------------------------x

Chapter 11 Case
No. 06-11707(AJG)

**JOINTLY ADMINISTERED**

## NOTICE OF APPEAL

Petitioners, Windels Marx Lane & Mittendorf, LLP ("Windels Marx"), hereby appeals, pursuant to 28 U.S.C. §158(a), to the United States District Court for the Southern District of New York from the Order of Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, dated and entered on April 4, 2008, which Order disallowed the amended final application of Windels Marx for allowance and payment of compensation and reimbursement of expenses.

The names of the parties to the Order appealed from and the names, addresses and telephone numbers of their respective counsel are as follows:

      **WINDELS MARX LANE & MITTENDORF, LLP**
      156 West 56th Street
      New York, New York 10027
      (212) 237-1000
      Attn: Charles E. Simpson, Esq.
      *Former Counsel to the Debtors*

{10449906:1}

SOURCE ENTERPRISES, INC., *et al.*
11 Broadway, Suite 360
New York, New York 10004
(212) 696-6199
Attn: Lyn P. Harrison, 3rd
    Curtis, Mallet-Prevost, Colt & Mosle, LLP
    101 Park Avenue
    New York, New York 10178

**CURTIS MALLET-PREVOST COLT & MOSLE, LLP**
101 Park Avenue
New York, New York 10178
(212) 696-6185
Attn: Lynn P. Harrison 3rd, Esq.
    Jerrold L. Bregman, Esq.
*Counsel to Source Enterprises, Inc.*

**OFFICE OF THE UNITED STATES TRUSTEE**
**SOUTHERN DISTRICT OF NEW YORK**
33 Whitehall Street, 21st Floor
New York, New York 10004
(212) 510-0500
Attn: Richard Morrissey, Esq.

**BLACK ENTERPRISE/GREENWICH STREET**
**CORPORATE GROWTH PARTNERS L.P.**
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Attn: J. Gregory St. Clair

Dated: New York, New York
April 7, 2008

                WINDELS MARK LANE & MITTENDORF, LLP

                By: _____
                     Charles E. Simpson (CES-2130)
                     A Member of the Firm

                156 West 56th Street
                New York, New York 10019
                (212) 237-1000

                Former Attorneys for Source Enterprises, Inc.,
                Debtor-in-Possession