PATTERSON, J

WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
(212) 237-1000
Charles E. Simpson (CES-2130)

Appearing *Pro Se*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WINDELS MARX LANE & MITTENDORF, LLP, :

                Appellant, :

      against :

SOURCE ENTERPRISES, INC., *et al.*, :

                Appellees. :
-----------------------------------------------------------x

08 Civ. 04265(RPP)
USBC 06-B-11707(AJG)

### NOTICE OF WITHDRAWAL

Windels Marx Lane & Mittendorf, LLP, the above-named Appellant, hereby moves to voluntarily withdraw the above-captioned appeal.

Dated: New York, New York
       May 27, 2008

                        WINDELS MARX LANE & MITTENDORF, LLP

                        By: *Charles Simpson*
                        Charles E. Simpson (CES-2130)
                        **A Member of the Firm**

                        156 West 56th Street
                        New York, New York 10019
                        (212) 237-1000

                        Appearing *Pro Se*

SO ORDERED
5/28/08

{10458092:1}